**Eugene HARRIS, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**No. 65240.**

Missouri Court of Appeals, Eastern District, Division One.

July 26, 1994.

Judith C. LaRose, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion for post-conviction relief. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).